United States District Court
Southern District of Texas
ENTERED
JUL 07 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk M. Dupuy

United States District Court
Southern District of Texas
FILED
JUL 01 1998
Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN ANTONIO MONTOYA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-112 |
| | § | |
| CITY OF BROWNSVILLE, ET AL. | § | |

### ORDER

On this day came on to be considered the **hearing on Defendants' Motion for Continuance and scheduling conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1)  Motion For Summary Judgment must be filed by **July 17, 1998.**

(2)  Hearing on Motion for Summary Judgment will be held **August 21, 1998 at 10:30 A.M.**

(3)  A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **October 16, 1998.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4)  Jury selection is set for **November 6, 1998 at 8:30 A.M.** before Judge Filemon B. Vela.

(5)  Trial on the merits is set for **November 23, 1998** before Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, on this 1st day of July 1998.

John Wm. Black
United States Magistrate Judge