Case 1:97-cv-00112   Document 22   Filed in TXSD on 07/28/1998   Page 1 of 1

United States District Court
Southern District of Texas
ENTERED
JUL 29 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
JUL 2_ 1998
Michael N. Milby, Clerk of Court

22

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN ANTONIO MONTOYA<br>(PLAINTIFF) | §<br>§<br>§<br>§ CIVIL ACTION NO. B-97-112<br>§ (JURY REQUESTED)<br>§ |
| VS. | §<br>§<br>§ |
| CITY OF BROWNSVILLE, A MUNICIPAL CORPORATION; KIRK MASSEY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AND BRYAN CASTRO, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY<br>(DEFENDANTS) | §<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER SETTING HEARING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On this the 28TH day of July, 1998, came on to be considered **Defendants' Motion for Summary Judgment** in the above styled and numbered cause of action. The Court having considered same is of the opinion that a hearing should be held thereon. IT IS, THEREFORE,

ORDERED that a hearing on said Motion is hereby set for the 10TH day of August, 1998, at 2:00 o'clock, P.m.

SIGNED this 28th day of July, 1998.

UNITED STATES ~~DISTRICT~~ JUDGE PRESIDING
MAGISTRATE

17