26

United States District Court
Southern District of Texas
ENTERED

SEP 0 2 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUAN ANTONIO MONTOYA § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-112 |
| § | |
| CITY OF BROWNSVILLE, ET AL. § | |

TYPE OF CASE:     __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**SEPTEMBER 8, 1998 AT 9:00 A.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    SEPTEMBER 2, 1998

FAX TO:   MR. GEORGE POWELL
          MR. MARK SOSSI/MR. GEORGE KRAEHE