*28*

United States District Court
Southern District of Texas
ENTERED

OCT 22 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN ANTONIO MONTOYA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-112 |
| | § | |
| CITY OF BROWNSVILLE, ET AL. | § | |

## ORDER

Pending before the Court is a Motion for Summary Judgment filed by all Defendants (Docket No. 21). Plaintiff, Juan Antonio Montoya ("Montoya"), has filed a Response to the Motion (Docket No. 23).

The Court is of the opinion, following a complete review of the Motion and Montoya's Response that with respect to the City of Brownsville ("City"), the Motion for Summary Judgment is well taken. There has been no showing of a policy or practice of the City which led to Montoya's complaints.

With respect to the complaints made by Montoya against Bryan Castro, the Court is of the opinion that the limitation defense interposed by him is well taken.

However, Montoya has pled facts against officer Kirk Massey ("Massey"), which if proven at trial, would entitle him to damages. Montoya argues that Massey had no probable cause to arrest him.

There are genuine issues of material fact. Montoya testified in deposition that he was walking back to his apartment from his mother's house late one night. According to Montoya, two Brownsville Police cars stopped and asked where he was going. He responded that he was

going home. One of the officers asked if he wanted a ride. Montoya refused. After further conversation, Montoya got in the police car. According to Montoya, he expressed some hostility to the police. Massey then arrested him. Montoya was taken to the City Jail, where according to him he was beaten by a detention officer.

There is no affidavit from Massey attached to the Defendants' Motion for Summary Judgment. However, it can be inferred from the body of the Motion that Massey will testify that he saw the Montoya walking unsteadily and when he stopped him, he smelled alcohol on his breath.

If Montoya's story is believed, then Massey, in fact, made an illegal arrest. He would not be entitled to a qualified immunity defense.

IT IS THEREFORE **ORDERED** that the Motions for Summary Judgment of the City of Brownsville and Bryan Castro be **GRANTED.**

IT IS FURTHER **ORDERED** that the Motion for Summary Judgment of Kirk Massey be **DENIED.**

SIGNED at Brownsville, Texas, at 21st day of October 1998.

John Wm. Black
United States Magistrate Judge

2