United States District Court
Southern District of Texas
ENTERED

NOV 06 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN ANTONIO MONTOYA<br>Plaintiff | §<br>§<br>§<br>§ CIVIL ACTION NO. B-97-112<br>§ (JURY REQUESTED)<br>§ |
| VS. | §<br>§ |
| CITY OF BROWNSVILLE, A MUNICIPAL CORPORATION; KIRK MASSEY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, AND INDIVIDUALLY & IN HIS OFFICIAL CAPACITY<br>Defendants | §<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING DEFENDANT'S MOTION TO STAY TRIAL COURT PROCEEDINGS PENDING INTERLOCUTORY APPEAL OF QUALIFIED IMMUNITY

BE IT REMEMBERED that on this day came on to be heard Defendant's Motion to Stay Trial Proceedings Pending Interlocutory Appeal of Qualified Immunity, and after the Court considered same, the Court is of the opinion that it should be GRANTED.

Therefore, it is hereby ORDERED, ADJUDGED, and DECREED that all trial Court proceedings in the above entitled cause of action be stayed pending the interlocutory appeal of the U.S. Magistrate's denial of Qualified Immunity.

Signed on this the 6TH day of NOV, 1998.

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

4