33

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

SEP 0 7 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN ANTONIO MONTOYA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-112 |
| | § | |
| CITY OF BROWNSVILLE, ET AL. | § | |

TYPE OF CASE:　　　__X__ CIVIL　　　　　　　____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**SEPTEMBER 28, 1998 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:　　SEPTEMBER 3, 1999

TO:　　MR. GEORGE POWELL
　　　　MR. MARK SOSSI/MR. GEORGE KRAEHE