38

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN ANTONIO MONTOYA<br>(PLAINTIFF) | § § § § | |
| | § | CIVIL ACTION NO. B-97-112 |
| | § | (JURY REQUESTED) |
| VS. | § § § | |
| KIRK MASSEY, INDIVIDUALLY<br>(DEFENDANTS) | § § § | |

## ORDER GRANTING DEFENDANT'S FIRST
## UNOPPOSED MOTION FOR CONTINUANCE

On the 29 day of NOV, 1999, came on before the Court Defendant's First Unopposed Motion For Continuance.

After reviewing the evidence before the Court, the Court is of the opinion that Defendant's First Unopposed Motion For Continuance should be GRANTED.

IT IS THEREFORE ORDERED, that Defendant's First Unopposed Motion for Continuance is GRANTED and continued ~~until the ____ day of _____ 1999.~~ THE PARTIES WILL SUBMIT AN AGREED ORDER SETTING THIS CASE FOR TRIAL. THIS AGREED ORDER WILL BE FILED ON OR BEFORE 14 DEC, 1999.

Signed this 29 day of NOV, 1999.

_____
UNITED STATES ~~DISTRICT~~ JUDGE PRESIDING
MAGISTRATE

5