39

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 17 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUAN ANTONIO MONTOYA § | |
| (PLAINTIFF) § | |
| § | |
| § | CIVIL ACTION NO. B-97-112 |
| § | (JURY REQUESTED) |
| § | |
| VS. § | |
| § | |
| § | |
| § | |
| KIRK MASSEY, INDIVIDUALLY § | |
| (DEFENDANTS) § | |

**AGREED ORDER SETTING TRIAL DATE**

IT IS HEREBY ORDERED that the above cause be set on the Jury Docket for **Tuesday, February 22, 2000**, at 9:00 a.m., in the United States District Court of Cameron County, Texas.

SIGNED on the 15 day of DEC, 1999.

_____
UNITED STATES ~~DISTRICT~~ JUDGE PRESIDING
MAGISTRATE