48

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 19 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUAN ANTONIO MONTOYA | § |
| | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. B-97-112 |
| | § |
| CITY OF BROWNSVILLE, A MUNICIPAL | § |
| CORPORATION; KIRK MASSEY, | § |
| INDIVIDUALLY AND IN HIS OFFICIAL | § |
| CAPACITY AND BRYAN CASTRO, | § |
| INDIVIDUALLY AND IN HIS | § |
| OFFICIAL CAPACITY | § |

## AGREED ORDER OF DISMISSAL

The Plaintiff **JUAN ANTONIO MONTOYA**, by and through his attorney of record, informs the Court that he presently does not wish to pursue this matter against Defendant **KIRK MASSEY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY**, and prays that all causes as to **KIRK MASSEY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY**, be dismissed with prejudice, and all parties agreeing thereto and it appearing to the Court that the dismissal should be made as prayed,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that Plaintiff **JUAN ANTONIO MONTOYA'S** cause be dismissed as to the Defendant **KIRK MASSEY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY**, with prejudice against all parties to file any same or similar actions, with all court costs to be taxed by the party incurring same.

It is further ORDERED, ADJUDGED and DECREED that any and all other relief that may have been sought in this cause, whether prayed for or not, is hereby DENIED.

ENTERED this 19TH day of APRIL, 2000.

_____
JUDGE PRESIDING

AGREED TO SUBSTANCE AND FORM:

By: _____
GEORGE P. POWELL
State Bar No. 16196000
USDC No. 3849

ATTORNEY FOR PLAINTIFF

BY: _____
MARK SOSSI
State Bar No. 18855680
USDC No. 10231

ATTORNEY FOR DEFENDANT

Page -2-